```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION
```

HAZEL REED                                                    PLAINTIFF

VS.                                    CIVIL ACTION NO. 5:21-cv-59-DCB-JCG

STATE FARM FIRE AND CASUALTY INSURANCE COMPANY
AND STATE FARM GENERAL INSURANCE COMPANY                     DEFENDANTS

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO STATE FARM GENERAL INSURANCE COMPANY ONLY

This matter came before the Court on the motion *ore tenus* of the Plaintiff to dismiss without prejudice her claims against State Farm General Insurance Company.  The Court having considered the matter, and being advised that the Defendants are in agreement, finds the request to be well taken.

IT IS THEREFORE ORDERED AND ADJUDGED that the Plaintiff's claims against the Defendant, State Farm General Insurance Company, are hereby dismissed without prejudice, with this matter to proceed as to the remaining defendant, State Farm Fire and Casualty Insurance Company.

SO ORDERED AND ADJUDGED this the 19th day of  July , 2021.

```
                              s/David Bramlette
                              U. S. DISTRICT COURT JUDGE
```

AGREED TO AND APPROVED:


*s/Carroll Rhodes*
CARROLL RHODES, ESQ (MSB # 5314)
ATTORNEY FOR PLAINTIFF


*s/Michael F. Myers*
MICHAEL F. MYERS (MSB # 3712)
ATTORNEY FOR DEFENDANTS